# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wenjuan Wang, | No. CV-25-03301-PHX-MTL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

The Court has reviewed Petitioner's Notice of Supplemental Authority (Doc. 19). No later than Wednesday, October 1, 2025, Respondents must respond to Petitioner's Notice.

**IT IS THEREFORE ORDERED** Respondents must file a response as indicated herein no later than Wednesday, October 1, 2025.

Dated this 24th day of September, 2025.

Michael T. Liburdi
United States District Judge